UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANICE GUSS                                                                    CIVIL ACTION

VERSUS                                                                          NO. 06-1570

JO ANNE B. BARNHART                                          SECTION "J" (3)
COMMISSIONER OF
SOCIAL SECURITY

## O R D E R

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is GRANTED, Plaintiff's Motion for Summary Judgment is DENIED and the plaintiff's case is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 16th day April, 2007.

_____
UNITED STATES DISTRICT JUDGE